UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A MCBRIDE, III<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PENTAGON TECHNOLOGIES GROUP, INC. ET AL,<br><br>　　　　Defendants. | Case No.  4:15-cv-02696-SBA   (ADR)<br><br>**ORDER RE: ATTENDANCE AT EARLY NEUTRAL EVALUATION**<br><br>Date:  March 09, 2016<br>Evaluator:  Victor Schachter |

IT IS HEREBY ORDERED that the request to excuse Avani Shah, the representative for Liberty International Underwriters, which is defendant Pentagon Technologies Group, Inc.'s insurer, from appearing in person at the March 09, 2016 early neutral evaluation before Victor Schachter is GRANTED.  Ms. Shah shall participate telephonically in the early neutral evaluation as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated:  February 25, 2016

_____
Maria-Elena James
United States Magistrate Judge