ROGERS JOSEPH O'DONNELL
Thomas H. Carlson (State Bar No. 121367)
tcarlson@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
PENTAGON TECHNOLOGIES GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK A. McBRIDE, III,<br><br>Plaintiff,<br><br>vs.<br><br>PENTAGON TECHNOLOGIES GROUP, INC.; BAIRD CAPITAL PARTNERS MANAGEMENT COMPANY III, L.L.C.; BAIRD CAPITAL PARTNERS III LIMITED PARTNERSHIP; BCP III SPECIAL AFFILIATES LIMITED PARTNERSHIP; and BCP III AFFILIATES FUND LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. 4:15-CV-02696-SBA<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PENTAGON TECHNOLOGIES GROUP, INC. AND ORDER THEREON**<br><br>Date of first filing:   December 31, 2014 |

Subject to the approval of this Court pursuant to Local Rule 11-5, PLEASE TAKE NOTICE that defendant Pentagon Technologies Group, Inc. has retained Rogers Joseph O'Donnell to substitute in as counsel for Kaufman Dolowich & Voluck, LLP in the above-captioned matter.

Withdrawing counsel for defendant Pentagon Technologies Group, Inc. is:

> Tad A. Devlin
> Aaron M. Cargain
> Kaufman Dolowich & Voluck, LLP
> 425 California Street, Suite 2100
> San Francisco, CA 94104
> Telephone: 415.926.7600 / Facsimile: 415.926.7601

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for defendant Pentagon Technologies Group, Inc.:

> Thomas H. Carlson
> Rogers Joseph O'Donnell
> 311 California Street, 10th Floor
> San Francisco, CA 94104
> Phone: (415) 956-2828 / Fax: (415) 956-6457
> Email: thc@rjo.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: April 14th, 2016    PENTAGON TECHNOLOGIES GROUP, INC.

By: _____
CARLOS LAZALDE, CEO

Dated: April 13th, 2016    KAUFMAN DOLOWICH & VOLUCK, LLP

By: _____
TAD A. DEVLIN

Dated: April 14, 2016    ROGERS JOSEPH O'DONNELL

By: _____
THOMAS H. CARLSON

### ORDER

The above withdrawal and substitution of counsel is approved and IT IS SO ORDERED.

Dated: April 21, 2016    _____
HON. SAUNDRA BROWN ARMSTRONG

Notice of Withdrawal and Substitution of Counsel for Pentagon Technologies– Case No: 4:15-CV-02696-SBA
375582.1