1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6
7   FRANK A. McBRIDE, III                ) Case Number: C 15-2696 SBA
                                         )
8                                        ) AGREED MOTION, STIPULATION AND
          Plaintiff(s),                  ) ORDER TO MODIFY ORDER FOR
9                                        ) PRETRIAL PREPARATION
                                         )
10        vs.                            )
                                         )
11  PENTAGON TECHNOLOGIES GROUP,         )
12  INC., *et al.*,                      )
          Defendant(s).                  )
13                                       )
14  _____       )

15      The parties to the above-entitled action hereby move the Court to modify the schedule set

16  forth in the Order for Pretrial Preparation, entered on January 28, 2016.

17      In support of this Motion, the parties represent that they have diligently attempted to

18  reach a resolution of this matter through both the Court-ordered ENE process and a private

19  mediation, but have, to date, been unsuccessful. The parties have concluded that, in order to

20  complete discovery in an efficient manner, this short extension of the discovery and certain other

21  deadlines is appropriate and necessary. The proposed modifications do not affect the dates for

22  Pretrial Submissions, the Pretrial Conference, or the Trial. In light of the foregoing, the parties

23  stipulate that the Order for Pretrial Preparation be amended as follows, and request that the Court

24  order and approve such stipulation, all other dates remaining unchanged:

25
26      Discovery Cutoff:    September 30, 2016
27      Expert Designation and Discovery:
28

377843.1

|   |   |   |
|---|---|---|
| 1 | Plaintiff Designation: | September 30, 2016 |
| 2 | Defendants' Designation: | September 30, 2016 |
| 3 | Rebuttal Disclosure: | October 21, 2016 |
| 4 | Expert Discovery Cutoff: | November 11, 2016 |
| 5 | Dispositive Motion Cutoff: | |
| 6 | All motions to be heard by: | December 9, 2016 |

Respectfully Submitted,

Dated: June 17, 2016

/s/   Fordham E. Huffman  
Fordham E. Huffman, appearing *pro hac vice*  
FISHERBROYLES LLP  
PO BOX 1633305  
Columbus, OH 43216  
(614) 371-8085  
fordham.huffman@fisherbroyles.com

Counsel for Plaintiff McBride

/s/  Thomas H. Carlson  
Thomas H. Carlson  
ROGERS JOSEPH O'DONNELL & PHILLIPS  
311 California Street  
San Francisco, CA 94104  
(415) 965-2828  
tcarlson@rjo.com

Counsel for Defendant Pentagon

/s/ Douglas M. Mansfield  
Douglas M. Mansfield, appearing *pro hac vice*  
LAPE MANSFIELD NAKASIAN & GIBSON, LLC  
9980 Brewster Lane, Suite 150  
Powell, OH 43065  
(614) 763-2316  
dmansfield@lmng-law.com

Counsel for the Baird Capital Defendants

377843.1

## ORDER

The above JOINT MOTION AND STIPULATION TO MODIFY ORDER FOR PRETRIAL PREPARATION is approved and it is SO ORDERED.  All parties shall comply with its provisions. ~~[In addition, the Court makes the further orders stated below:]~~

IT IS SO ORDERED.

Dated:  June 17, 2016

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

377843.1